JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2008

FILED
CLERK'S OFFICE

FILED
FEB 26 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 287 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

FEB 20 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-14 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| INDIANA SOUTHERN | | | |
| INS | 1 | 07-1596 | Teesa Hauk v. Davol, Inc., et al. |
| MASSACHUSETTS | | | |
| MA | 1 | 08-10015 | Philip Katsaros v. C.R. Bard, Inc., et al. |
| NEW JERSEY | | | |
| NJ | 2 | 07-6021 | Brenda Gail Near v. Davol, Inc., et al. |
| NJ | 2 | 07-6022 | Lenora E. Shopp, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6023 | Delphine Bond v. Davol, Inc., et al. |
| NJ | 2 | 07-6024 | Scott R. Hollander, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6025 | Cheryl S. Carr, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6026 | Susan K. Dixson, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6029 | Roberta J. McCormick, et al. v. Davol, Inc., et al. |
| NJ | 2 | 08-91 | Joanne Gracyk v. C.R. Bard, Inc., et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 07-5375 | Ronald Lagoe v. Davol, Inc., et al. |
| OHIO SOUTHERN | | | |
| OHS | 2 | 07-1281 | James H. Wallace, Jr. v. Davol, Inc., et al. |
| OHS | 2 | 07-1282 | David P. Sherrer, et al. v. Davol, Inc., et al. |
| TEXAS EASTERN | | | |
| TXE | 5 | 07-192 | Marion Teague v. C.R. Bard, Inc., et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-3851 | Marisol Soto v. Davol, Inc. |
| TXS | 4 | 07-3852 | Steven Torres v. Davol, Inc. |
| TXS | 4 | 07-4183 | Sharon Carrie Conaway v. Davol, Inc. |
| TXS | 4 | 07-4309 | Lillian Hernandez v. Davol, Inc. |
| TXS | 4 | 07-4489 | Susan Kay Bestwick v. Davol, Inc., et al. |
| TXS | 4 | 07-4491 | David F. Poppy v. Davol, Inc., et al. |
| TXS | 4 | 07-4492 | Charles Robert Anderson, et al. v. Davol, Inc., et al. |
| TXS | 4 | 07-4503 | Jonathan Jackson v. Davol, Inc., et al. |
| TXS | 4 | 07-4504 | Joyce McConathy v. Davol, Inc., et al. |
| TXS | 4 | 07-4505 | Rita Reed v. Davol, Inc., et al. |
| TXS | 4 | 07-4506 | Jodi Schaller v. Davol, Inc., et al. |
| TXS | 4 | 07-4507 | Larry Snider v. Davol, Inc., et al. |

**MDL No. 1842 - Schedule CTO-14 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-4515 | Mark C. Sharkozy v. Davol, Inc., et al. |
| TXS | 4 | 07-4542 | Lecey Heckenlively v. Davol, Inc., et al. |
| TXS | 4 | 07-4557 | Daniel F. Barker, et al. v. C.R. Bard, Inc., et al. |
| TXS | 4 | 07-4561 | Edward Navis v. Davol, Inc. |
| TXS | 4 | 08-101 | Janice J. Sloan v. Davol, Inc., et al. |
| WEST VIRGINIA NORTHERN | | | |
| WVN | 1 | 08-19 | Karen Bissett, et al. v. Davol, Inc., et al. |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-14)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Carly Slack Anderson
PATTON TIDWELL & SCHROEDER LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398

David J. Cooner
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
3640 North Washington Boulevard
Indianapolis, IN 46205

Rhonda B. Debevec
SPANGENBERG SHIBLEY & LIBER LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114-3400

Grace V. Bacon Garcia
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Steven Michael Johnson
JOHNSON LAW FIRM
3437 West 7th Street, # 258
Fort Worth, TX 76107

Michael A. London
DOUGLAS & LONDON PC
111 John Street, 14th Floor
New York, NY 10038

Marcelino G. Lopez
LEE COSSELL KUEHN & LOVE LLP
127 East Michigan Street
Indianapolis, IN 46204

D. Mitchell McFarland
HARRISON BETTIS STAFF MCFARLAND & WEEMS LLP
500 Dallas Street, Suite 2600
Houston, TX 77002

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Paul Nathan
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970

Harris L. Pogust
POGUST BRASLOW & MILLROOD LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Teresa C. Toriseva
WEXLER TORISEVA WALLACE LLP
1446 National Road
P.O. Box 124
Wheeling, WV 26003

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-14)**

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Patti B. Saris
U.S. District Judge
8110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

**MDL No. 1842 - Involved Judges List (CTO-14) (Continued)**

Hon. Samuel B. Kent
U.S. District Judge
8631 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-14)**

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857