CLOSED

**U.S. District Court**
**Northern District of West Virginia [Live] (Clarksburg)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00019-IMK**
**Internal Use Only**

Bissett et al v. Davol, Inc. et al
Assigned to: Chief Judge Irene M. Keeley
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/09/2008
Date Terminated: 02/26/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Karen Bissett** represented by **Teresa C. Toriseva**
Wexler Toriseva Wallace
1446 National Rd.
Wheeling, WV 26003
304-238-0066
Fax: 304-238-0149
Email: tct@wtwlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia
By: ____________
Deputy Clerk

**Plaintiff**

**Roger Bissett** represented by **Teresa C. Toriseva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2008 | 1 | COMPLAINT against all defendants, filed by Karen Bissett and Roger Bissett. (Copy IMK)(ms) (Entered: 01/09/2008) |
| 01/09/2008 | 2 | *SEALED* SUMMONS ISSUED as to Defendants, Davol, Inc. and C. |

| | | |
|---|---|---|
| | | R. Bard, Inc. (ms) (Entered: 01/09/2008) |
| 01/09/2008 | 3 | Filing fee: $ 350, receipt number 052698. (ms) (Entered: 01/09/2008) |
| 01/10/2008 | | (Court only) (**Court Only**)Staff notes : Forwarded PHV Application to local counsel of record, Teresa Toriseva, advising her that once Judge Keeley approves and signs the orders accepting the phv applications, we will add said counsel to the case. (ms) (Entered: 01/10/2008) |
| 02/11/2008 | 4 | CERTIFICATE OF SERVICE by Davol, Inc., C. R. Bard, Inc. *Cross-Notice of Deposition of Certain Corporate Representatives of Defendant Davol, Inc.* (Blalock, Larry) (Entered: 02/11/2008) |
| 02/26/2008 | 5 | CONDITIONAL TRANSFER ORDER FROM U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION Signed by Clerk of the Panel, Jeffery Luthi on 2/20/08. (Attachments: # 1 Involved cases, counsel, judges and clerks)(Copy IMK)(kd) (Entered: 02/26/2008) |
| 02/26/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (kd) (Entered: 02/26/2008) |